McGREGOR W. SCOTT
United States Attorney
S. ROBERT TICE-RASKIN
ELLEN V. ENDRIZZI
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

FILED

MAY 12 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHARLES HEAD, et al., ) <br> ) <br> Defendants. ) | 2:08-CR-093 FCD <br><br> **[PROPOSED] STIPULATION AND PROTECTIVE ORDER BETWEEN UNITED STATES AND ANDREW VU** |

Defendant Andrew Vu and Plaintiff, by and through their counsel of record, hereby agree and stipulate as follows:

1. This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2. This Order pertains to all discovery provided to or made available to Defense Counsel as part of discovery in this case (hereafter, collectively known as "the discovery").

3. Defense Counsel shall not disclose any of the discovery to any person other than their respective defendant/client, witnesses that they may be interviewing or preparing for trial, attorneys, law

1

clerks, paralegals, secretaries, experts, and investigators involved in the representation of his/her client.

4. The discovery and information therein may only be used in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the property of the United States Government. Defense counsel will return the discovery to the Government or certify that it has been shredded at the conclusion of the case.

5. Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6. If Defense Counsel make, or cause to be made, any further copies of any of the discovery, Defense Counsel will inscribe the following notation on each copy: "U.S. Government Property; May Not Be Used Without U.S. Government Permission."

7. If Defense Counsel release custody of any of the discovery, or authorized copies thereof, to any person described in paragraph (3), Defense Counsel shall provide such recipients with copies of this Order and advise that person that the discovery is the property of the Unites States Government, that the discovery and information therein may only be used in connection with the litigation of this case and for no other purpose, and that an unauthorized use of the discovery may constitute a violation of law and/or contempt of court.

8. Defense Counsel shall be responsible for advising his or her respective defendant, employees and other members of the defense team, and defense witnesses of the contents of this
///

1  Stipulation/Order.
2
3  IT IS SO STIPULATED.
4
5  DATED: 11 APR 2008                    McGREGOR W. SCOTT
                                         United States Attorney
6
7                                  By:   /s/ Ellen V. Endrizzi
                                         S. ROBERT TICE-RASKIN
8                                        ELLEN V. ENDRIZZI
                                         Assistant U.S. Attorneys
9
10
11 DATED: 4/18/08                   By:  /s/ Stanley Greenberg
                                         STANLEY GREENBERG
12                                       Counsel for Defendant
                                         ANDREW VU
13
14
15     IT IS SO FOUND AND ORDERED.
16
17 DATED: 5/9/08                          /s/ Frank C. Damrell, Jr.
                                         HON. FRANK C. DAMRELL, JR.
18                                       UNITED STATES DISTRICT JUDGE
19
20
21
22
23
24
25
26
27
28