Stanley I. Greenberg (SBN 053649)
A Law Corporation
11845 Olympic Boulevard, Suite 1000
Los Angeles, CA  90064-5024
Telephone:  (424) 248-6600
Facsimile:  (424) 248-6601
stanmanlaw@aol.com

Attorney for Defendant,
ANDREW VU

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:08-cr-00093 KJM |
| Plaintiff, | ) | AMENDED STIPULATION RE:  BOND MODIFICATION AND ORDER |
| vs. | ) | |
| ANDREW VU, | ) | |
| Defendant. | ) | |

///

///

///

1    IT IS HEREBY STIPULATED by and between Andrew Vu and the U.S.

2  Attorney that Mr. Vu's bond restrictions may be modified to allow him to travel

3  on vacation to Austin, Texas during the period August 18-22, 2011; and that

4

5  Mr. Vu shall provide Pre-Trial Services with a written itinerary and notice of

6  where he will be staying.

7    Pre-trial Services has been notified of this proposed stipulation and

8  advised, through Supervisor Tonya Jacobsen, that Pre-Trial Services has no

9  objection to this proposed stipulation and bond modification.

10                              Respectfully submitted,

11
     Dated:  August ___, 2011          STANLEY I. GREENBERG,
12                                      A Law Corporation

13

14                                      By:   /s / Stanley Greenberg (as authorized
                                        on August 8, 2011)
15                                          Stanley I. Greenberg, Esq.
                                            Attorney for Defendant,
16                                          ANDREW VU

17
     Dated:  August ___, 2011          UNITED STATES OF AMERICA
18

19                                      By:   /s / Michael D. Anderson
20                                          Michael D. Anderson
                                            Assistant U.S. Attorney
21

22

23

24

25

26

27

28

2

1

2                        UNITED STATES DISTRICT COURT

3                    FOR THE EASTERN DISTRICT OF CALIFORNIA

4

5    UNITED STATES OF AMERICA,          )    Case No. 2:08-cr-00093 KJM
                                        )
6              Plaintiff,               )    ORDER
                                        )
7         vs.                           )
                                        )
8                                       )
     ANDREW VU,                         )
9                                       )
               Defendant.               )
10   _____)

11        Upon stipulation of the parties, IT IS HEREBY ORDERED:

12   The bond of Defendant ANDREW VU is hereby modified to allow him to travel to

13   Austin, Texas during the period August 18-22, 2011. Prior to leaving, Mr. Vu

14   shall provide Pre-trial Services with an itinerary to include his flights and where

15
     he will be staying while in Austin, Texas.
16
17   DATED:  August 9, 2011.

18                                      _____
                                        UNITED STATES DISTRICT JUDGE
19

20

21

22

23

24

25

26

27

28