Stanley I. Greenberg (SBN 053649)
A Law Corporation
11845 West Olympic Boulevard, Suite 1000
Los Angeles, CA 90064
Telephone: (424) 248-6600
Facsimile: (424) 248-6601
Email: stanmanlaw@aol.com

Attorney for Defendant:
ANDREW VU

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | **Case No.  CR08-00093-KJM-14** |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **[PROPOSED] ORDER** |
| vs. | ) | |
| ANDREW VU | ) | |
| Defendant. | ) | |

Upon Application and good cause being shown, the bond in this case is hereby exonerated; and the Clerk of the Court is ordered to reconvey the deed of trust to the sureties forthwith.

Dated:  September 11, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1